```
            UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

DONAH H. ARNOLD,

    Plaintiff,

v.                          CIVIL ACTION NO: 2:13-21892

HONORABLE MICHAEL THORNSBURY, Judge, and
MICHAEL SPARKS, Prosecuting Attorney, and
STACEY KOHARI, Court Appointed Attorney,

    Defendants.


## O R D E R

The court having received the Proposed Findings and Recommendation ("PF&R") of the United States Magistrate Judge filed on November 5, 2013; and having reviewed the record in this proceeding; and there being no objections filed by either the defendants or the plaintiff to the PF&R after an extension for objections was permitted until December 30, 2013; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the PF&R be, and they hereby are, adopted by the court.

It is, accordingly, ORDERED that this action be, and hereby is, dismissed without prejudice for failure to state a claim upon which relief may be granted.

The Clerk is directed to forward copies of this written opinion and order to the plaintiff, all counsel of record, and the magistrate judge.

DATED: February 24, 2014

John T. Copenhaver, Jr.
United States District Judge